# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DORIAN AREVALO, | CASE NUMBER |
|---|---|
| PLAINTIFF(S)/PETITIONER(S) | LA CV19-04424 JAK (KSx) |
| v. JOSE MOLINA, et al., | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 16-05** |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

The Court has a financial interest in Bank of America.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 16-05.

This self-recusal has been Ordered:
- ☑ within 120 days of the Court being assigned said case.
- ☐ after 120 days of the Court being assigned said case.

May 28, 2019
Date

_[signature]_
United States District Judge/Magistrate Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ___R. Gary Klausner___. On all documents subsequently filed in this case, please substitute the initials ___RGK___ after the case number in place of the initials of the prior Judge so that the case number will read: ___2:19-cv-04424 RGK(KSx)___.

This is very important because documents are routed to the assigned Judge by means of the initials.

cc:  ☐ Previous Judge    ☐ Statistics Clerk

CV-52 (10/16)   ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 16-05