# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Dorian Arevalo, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) v. | CV 19-4424-RGK-KS |
| Jose Molina et al., | ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE |
| DEFENDANT(S). | ☒ FOR DISCOVERY<br>☐ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

Defendant Bank of America, NA is a former client and I have worked directly on their matters before joining the Court.

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

May 23, 2019
Date

United States Magistrate Judge

### NOTICE TO COUNSEL FROM THE CLERK

This case has been randomly referred to Magistrate Judge   Paul L. Abrams   . On all documents subsequently filed in this case, please substitute the initials   PLA   after the case number in place of the initials of the prior judge, so that the case number will read   2:19-cv-04424 RGK(PLAx)   . This is very important because the documents are routed to the assigned judges by means of these initials

cc:   Previous Magistrate Judge

CV-110 (06/14)   ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE